**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Buddy Arizona Harris, Appellant.

Appellate Case No. 2011-193086

———————————

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

———————————

Unpublished Opinion No. 2012-UP-474
Submitted July 2, 2012 – Filed August 1, 2012

———————————

**AFFIRMED**

———————————

Appellate Defender Elizabeth A. Franklin-Best, of
Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney
General John W. McIntosh, Senior Assistant Deputy
Attorney General Salley W. Elliott, and Senior Assistant
Attorney General Harold M. Coombs, Jr., all of
Columbia; and Solicitor W. Walter Wilkins, III, of
Greenville, for Respondent.

———————————

**PER CURIAM:**  Buddy Arizona Harris appeals his sentences for two counts of petit larceny and two counts of breaking and entering a motor vehicle. The trial judge imposed a sentence of five years' imprisonment for the first count of breaking and entering a motor vehicle; a consecutive sentence of five years' imprisonment for the second count of breaking and entering a motor vehicle, suspended on the service of three years, with five years' probation; and concurrent sentences of thirty days' imprisonment for each count of petit larceny. Harris argues the sentence is disproportionate to the crimes committed because the only items stolen were a purse and jumper cables. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority: *State v. Johnston*, 333 S.C. 459, 462, 510 S.E.2d 423, 425 (1999) ("[A] challenge to sentencing must be raised at trial, or the issue will not be preserved for appellate review.").

**AFFIRMED.**

**WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.